# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Chiang,<br><br>      Plaintiff,<br><br>v.<br><br>Thai Chili 2 Go LLC, *et al.*,<br><br>      Defendants. | No. CV-19-04801-PHX-JJT<br><br>**ORDER** |

At issue is the parties Motion for Approval of FLSA Collective Action Settlement (Doc. 72). Upon review and good cause appearing,

IT IS ORDERED granting the parties Motion for Approval of FLSA Collective Action Settlement (Doc. 72) and approving the Settlement Agreement as proposed by the parties and set forth in Exhibit A to the Motion.

IT IS FURTHER ORDERED that the Court finds that the Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute between Plaintiff, the Opt-In Plaintiffs and Defendants. Approval of this settlement shall not be construed as an admission of liability by any party. The parties shall file a stipulation to dismiss no later than 21 days from the date of this Order.

Dated this 20th day of July, 2020.

_____
Honorable John J. Tuchi
United States District Judge