# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Chiang, | No. CV-19-04801-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Thai Chili 2 Go LLC, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 74), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 74). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 11th day of August, 2020.

_____
Honorable John J. Tuchi
United States District Judge